**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2126**

MARCUS C. GASKINS,

Plaintiff - Appellant,

v.

PHIL HAGER, Director of the Office of Planning and Zoning; GREGORIO
AFRICA, Director of the Department of Inspections and Permits; SHERRI
DICKERSON, Director of the Office of Personnel,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Stephanie A. Gallagher, District Judge.  (1:20-cv-01977-SAG)

Submitted:  May 25, 2021                      Decided:  May 27, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marcus C. Gaskins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus C. Gaskins appeals the district court's order granting Defendants' motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  Having reviewed the record and finding no reversible error, we affirm the decision of the district court.  *Gaskins v. Hager*, No. 1:20-cv-01977-SAG (D. Md. Sept. 18, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*